No. 19, Misc. ANDERSON v. JOHNSON, WARDEN. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent.

No. 36, Misc. IN RE WHITTINGTON. Ct. App. Ohio, Fairfield County. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *Judson C. Kistler* for petitioner. *E. Raymond Morehart* for the State of Ohio. [For earlier order herein, see 387 U. S. 940.]

No. 445. AVCO CORP. v. AERO LODGE No. 735, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, ET AL. C. A. 6th Cir. Certiorari granted. *William Waller* and *John B. Hollister* for petitioner.

No. 55, Misc. BARBER v. PAGE, WARDEN. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *G. T. Blankenship,* Attorney General of Oklahoma, and *Charles L. Owens,* Assistant Attorney General, for respondent.

No. 112. GIAN-CURSIO ET AL. v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *F. Lee Bailey* for petitioners.